IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| PHYLLIS HANEY, | ) | |
| | ) | |
| Plaintiff, | ) | No. C05-2059-JAJ |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| JO ANNE B. BARNHART, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, Phyllis Haney, take nothing and this action is dismissed.


Dated: June 28, 2006                    PRIDGEN J. WATKINS
                                        Clerk

                                        /s/ des
                                        _____
                                        (By) Deputy Clerk